IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAWN WAYNE WHITAKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JASON SMOAK, JAMES ) <br> BRAZIER, MARK TRAWICK, ) <br> SGT. CANE, SHARON KING, and ) <br> SPENCER DOWNS, ) <br> ) <br> Defendants. ) | CASE NO. 1:21-CV-712-WKW <br> [WO] |

## **ORDER**

On December 23, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 9) is ADOPTED; and

(2) Plaintiff's action is DISMISSED without prejudice.

DONE this 12th day of January, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE